No. 866. BLUMENTHAL *v*. GREENFIELD. April 9, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Robert T. McCracken* and *Ralph S. Harris* for petitioner. *Messrs. Stanley Folz* and *George Wharton Pepper* for respondent.

No. 918. BEALE *v*. NEW YORK. April 30, 1934. Petition for writ of certiorari to the Supreme Court of New York, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Grant O. Beale, pro se.* No appearance for respondent.

No. 927. LEE *v*. ADERHOLD, WARDEN. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Parker H. Lee, pro se.* No appearance for respondent.

No. 931. UPTON *v*. HARRISON, EXECUTOR, ET AL. April 30, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Messrs. Robert H. McNeill* and *Leland Stanford* for petitioner. No appearance for respondents.

No. 943. BRIDGES *v*. ALABAMA. April 30, 1934. Petition for writ of certiorari to the Court of Appeals of Alabama, and motion for leave to proceed further *in forma pauperis*, denied. *Messrs. G. Ernest Jones* and *Benjamin F. Ray* for petitioner. No appearance for respondent.